ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
American Technical Services, Inc. ) ASBCA No. 60295
)
Under Contract No. N00244-07-C-0060 )

APPEARANCE FOR THE APPELLANT: Kevin J. Slattum, Esq.
  Pillsbury Winthrop Shaw Pittman LLP
  Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
  Douglas R. Jacobson, Esq.
   Trial Attorney
   Defense Contract Management Agency
   Bloomington, MN

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 March 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60295, Appeal of American Technical Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
American Technical Services, Inc. ) ASBCA No. 60295
)
Under Contract No. N00244-07-C-0060 )

APPEARANCE FOR THE APPELLANT: Kevin J. Slattum, Esq.
Pillsbury Winthrop Shaw Pittman LLP
Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Douglas R. Jacobson, Esq.
Trial Attorney
Defense Contract Management Agency
Bloomington, MN

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 March 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60295, Appeal of American Technical Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals